# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ROBERT SPRUGEON,

        Appellant

        v.

B. MASON, FACILITY MANAGER SCI - MAHANOY, OFFICE OF JUDICIAL RECORDS CLERK BUCKS COUNTY JUSTICE CENTER, OFFICE OF THE DISTRICT ATTORNEY BUCKS COUNTY, AND THE ATTORNEY GENERAL OF PENNSYLVANIA,

        Appellees

: No. 64 MAP 2025
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

**AND NOW**, this 20th day of March, 2026, the Notice of Appeal is QUASHED. *Cf.* Pa.R.A.P. 910(a)(5) ("Only the questions set forth in the statement, or fairly comprised therein will ordinarily be considered by the Court."). The Application for Leave to File *Nunc Pro Tunc* is DISMISSED AS MOOT.